# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60,

Plaintiffs,

-against-

08 Civ. 5144 (KMK)

**SUBSTITUTION OF ATTORNEY**

CARINO MANAGEMENT INC.,

Defendants.

------------------------------------------------------------x

PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated : Elmsford, NY
July 28, 2008

Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC

By: _____
Giacchino Russo, Esq.
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE KENNETH M. KARAS, U.S.D.J